```
              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF GEORGIA
                    ATLANTA DIVISION
```

| | |
|---|---|
| SANDRA KILEY,<br><br>          Plaintiff,<br><br>     v.<br><br>JORGE J. LENSE, MD, ET AL<br><br>          Defendant. | CIVIL ACTION<br><br>NO. 1:14-CV-2020-CAP |

## **O R D E R**

This action is before the court on the plaintiff's motion to dismiss [Doc. No. 9]. The court hereby GRANTS plaintiff's motion to dismiss. This action is dismissed without prejudice.

SO ORDERED, this  14th  day of July, 2014.

                              /s/CHARLES A. PANNELL, JR.
                              CHARLES A. PANNELL, JR.
                              United States District Judge